IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIRECT COMPUTER RESOURCES,   :   CIVIL ACTION
INC.                          :
                              :
        v.                    :
                              :
VOLT INFORMATION SCIENCES,    :
INC., et al.                  :   NO. 11-5197

<u>ORDER</u>

AND NOW, this 16th day of April, 2012, whereas the Court has received several letter requests and a telephone call from plaintiff's counsel seeking to discuss and extend the discovery deadline set by the Court in its order of January 10, 2012, and whereas the Court has already scheduled a telephone conference for May 8, 2012, at 4:30 p.m., to discuss the status of discovery in this case, IT IS HEREBY ORDERED that the topics raised in the plaintiff's letters will be discussed during that telephone conference.

BY THE COURT:


<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.