IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIRECT COMPUTER RESOURCES,   :   CIVIL ACTION
INC.                         :
                             :
        v.                   :
                             :
VOLT INFORMATION SCIENCES,   :
INC., et al.                 :   NO. 11-5197

ORDER

AND NOW, this 9th day of May, 2012, IT IS HEREBY ORDERED that the parties shall continue with "Phase I" discovery pursuant to the Court's Order dated January 10, 2012 and that such discovery shall be completed by June 8, 2012. IT IS FURTHER ORDERED that the Court will hold a telephone conference with counsel for the parties on June 14, 2012 at 5:00 p.m. to discuss how to proceed thereafter. Plaintiff's counsel shall initiate the call.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.